SCHEDULE A
MDL No. 2885 - IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
Central District of California
KENNEDY v. 3M COMPANY, ET AL., C.A. No. 5:19-00128
District of Minnesota
CIACCIO v. 3M COMPANY, ET AL., C.A. No. 0:19-00179
PEEK v. 3M COMPANY, ET AL., C.A. No. 0:19-00192
LARKIN v. 3M COMPANY, ET AL., C.A. No. 0:19-00194
PULLIUM v. 3M COMPANY, ET AL., C.A. No. 0:19-00603
Western District of Oklahoma
STINE v. 3M COMPANY, C.A. No. 5:19-00058
WERNER v. 3M COMPANY, C.A. No. 5:19-00059
Western District of Texas
ROWE v. 3M COMPANY, C.A. No. 6:19-00019